| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Pagter and Perry Isaacson**<br>**Misty Perry Isaacson**<br>**1851 East First Street Suite 700**<br>**Santa Ana, CA 92705**<br>**Phone: (714) 541-6072**<br>**Email: misty@ppilawyers.com**<br>**Bar Number: 193204**<br>**Attorney for Debtor**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>James Fredric Chapel, Jr<br>Elizabeth Grace Chapel<br><br><br><br>Debtor(s) | CASE NO.: **8:23-bk-12569-MH**<br>CHAPTER: 13<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added?    ☐ Yes    ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    12/19/2023

_James Fredric Chapel, Jr_
Debtor 1 Signature

_Elizabeth Grace Chapel_
Debtor 2 (Joint Debtor) Signature (if applicable)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **Fredric** | **Chapel, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Elizabeth** | **Grace** | **Chapel** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number   **8:23-bk-12569-MH**

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1  **1722 Del Mar Ave**
   Street address, if available, or other description

   **Laguna Beach, CA  92651-3812**
   City          State     ZIP Code

   **Orange**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**  $1,600,000.00
   **Current value of the portion you own?**  $1,600,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☑ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................... →  $1,600,000.00

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**     Case number *(if known)* **8:23-bk-12569-MH**

---

3.1  Make: **Tesla**
Model: **Y**
Year: **2021**
Approximate mileage: **36469**
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$41,000.00                                     $41,000.00

If you own or have more than one, describe here:

3.2  Make: **Tesla**
Model: **3**
Year: **2023**
Approximate mileage: **1500**
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$34,000.00                                     $34,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

   4.1  Make:
   Model:
   Year:
   Other information:

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**     **Current value of the portion you own?**

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................ → $75,000.00

---

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe. .........   Household goods and furnishings, kitchenware, appliances, and linens     $10,000.00

Debtor  **Chapel, James Fredric; Chapel, Elizabeth Grace**   Case number *(if known)* **8:23-bk-12569-MH**

7. **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe. .........    Household Electronics, computers, cell phones, etc.    $1,500.00

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe. .........    Books, tapes, CDs, pictures and misc. collectibles    $500.00

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe. .........    Golf Clubs    $100.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. .........    Shotgun, ammunition, accessories    $500.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........    Wearing apparel and accessories    $1,000.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........    Personal family and costume jewelry    $1,000.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. ............

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**     Case number *(if known)* **8:23-bk-12569-MH**

---

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................................................. →     **$14,600.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes ....................................................................................................... Cash: .................     **$114.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................     Institution name:

| | | | |
|---|---|---|---|
| | 17.1. Checking account: | **Chase Acct No. 0339** | **$94.37** |
| | 17.2. Checking account: | **Navy Federal Credit Union Acct 1867** | **$4,885.82** |
| | 17.3. Checking account: | **Navy Federal Credit Union Acct No. 7898** <br>**(Named on Mother's Account - No Equitable Interest)** | **$31.82** |
| | 17.4. Checking account: | **Navy Federal Credit Union Acct No. 9851** <br>**(FMC Insurance Agency Account)** | **$72.14** |
| *Amended* | 17.5. Checking account: | **Teachers Federal Credit Union Acct No. 7184** | **$100.00** |
| | 17.6. Savings account: | **Navy Federal Credit Union Acct 4684** | **$10.25** |
| | 17.7. Savings account: | **Navy Federal Credit Union Acct No. 2997** <br>**(Named on Mother's Account - No Equitable Interest)** | **$0.00** |
| | 17.8. Savings account: | **Navy Federal Credit Union Acct No. 4084** <br>**(Named on Mother's Account - No Equitable Interest)** | **$9,094.21** |
| | 17.9. Savings account: | **Navy Federal Credit Union Acct No. 9537** <br>**(FMC Insurance Agency Account)** | **$101.33** |
| *Amended* | 17.10. Savings account: | **Teachers Federal Credit Union Acct No. -4783** | **$1.00** |
| | 17.11. Certificates of deposit: | **Navy Federal Credit Union Acct No. 3636** <br>**(Named on Mother's Account - No Equitable Interest)** | **$3,035.41** |
| | 17.12. Certificates of deposit: | **Navy Federal Credit Union Acct No. 6620** <br>**(Named on Mother's Account - No Equitable Interest)** | **$735,632.17** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes .....................     Institution or issuer name:

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**    Case number *(if known)* **8:23-bk-12569-MH**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them....................
    
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them....................
    
    Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.
    
    | Type of account: | Institution name: | |
    |---|---|---|
    | Retirement account: | **MassMutual General Agent Retirement Plan** | **unknown** |
    | Additional account: | **One America: General Agents Deferred Compensation Plan** | **$539,032.89** |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes ......................
    
    Institution name or individual:
    
    Electric:
    Gas:
    Heating oil:
    Security deposit on rental unit:
    Prepaid rent:
    Telephone:
    Water:
    Rented furniture:
    Other:

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**   Case number *(if known)* **8:23-bk-12569-MH**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No
    ☑ Yes. Give specific information about them. ...   Chapel Family Trust dated 6/19/2001 (all assets held by trust are individually identified herein)   **unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes. Give specific information about them. ...   Insurance License   **$0.00**

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................
    Federal:
    State:
    Local:

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Official Form 106A/B          **Schedule A/B: Property**          page **6**

Debtor  **Chapel, James Fredric; Chapel, Elizabeth Grace**                    Case number *(if known)* **8:23-bk-12569-MH**

---

- ☑ No
- ☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | |
| Maintenance: | |
| Support: | |
| Divorce settlement: | |
| Property settlement: | |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    - ☑ No
    - ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    - ☐ No
    - ☑ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | John Hancock - Term Life Insurance | The Chapel Family Trust dated 6/19/2001 | $0.00 |
    | Kai-Zen Universal Life Insurance No. -6682 | The Chapel Family Trust dated 6/19/2001 | $23,875.00 |
    | MassMutual - Survivor Whole Life Insurance Policy No. -7994 Cash Value is $22,504.13, however, taxable gain if surrendered for cash | The Chapel Family Trust dated 6/19/2001 | $0.00 |
    | One America - Whole Life Insurance | The Chapel Family Trust dated 6/19/2001 | $3,618.00 |
    | Tesla Auto Insurance Acct NF0W | Debtors | $0.00 |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    - ☑ No
    - ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    - ☐ No
    - ☑ Yes. Describe each claim. ............   Potential claims against contractors for negligent and defective work re solar installation (John Crann, Chuck Bischoff & Final Touch Roofing)    **unknown**

---

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**     Case number *(if known)* **8:23-bk-12569-MH**

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information. ........   Coinbase Cryptocurrency Acct       $304.15

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................................................... → $1,320,002.56

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No
    ☐ Yes. Describe. .........

---

Official Form 106A/B     **Schedule A/B: Property**     page **8**

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**    Case number *(if known)* **8:23-bk-12569-MH**

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe .......

    Name of entity:    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
    　　☐ No
    　　☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................................... → $0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes .........................

Official Form 106A/B　　　　　　　　**Schedule A/B: Property**　　　　　　　　page **9**

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**    Case number *(if known)* **8:23-bk-12569-MH**

---

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................ → **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................... → **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ................................................................................................ → **$1,600,000.00**

56. **Part 2: Total vehicles, line 5**          **$75,000.00**

57. **Part 3: Total personal and household items, line 15**          **$14,600.00**

58. **Part 4: Total financial assets, line 36**          **$1,320,002.56**

59. **Part 5: Total business-related property, line 45**          **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**          **$0.00**

61. **Part 7: Total other property not listed, line 54**     +     **$0.00**

---

Debtor **Chapel, James Fredric; Chapel, Elizabeth Grace**    Case number *(if known)* **8:23-bk-12569-MH**

| | | | | |
|---|---|---|---|---|
| 62. | **Total personal property.** Add lines 56 through 61. .............. | $1,409,602.56 | Copy personal property total ➔ | + $1,409,602.56 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................... | | | $3,009,602.56 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1851 E. First Street, Suite 700, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SCHEDULE A/B** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/20/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/20/2023 | Lisa Utter | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

### ECF NOTICE

- **Karen L Belair**  kbelair@zwickerpc.com
- **Amrane (SA) Cohen (TR)**  efile@ch13ac.com
- **Misty A Perry Isaacson**  misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov