# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

James Fredric Chapel, Jr
1722 Del Mar Ave
Laguna Beach, CA  92651-3812

Elizabeth Grace Chapel
1722 Del Mar Ave
Laguna Beach, CA  00000

Case No. **8:23-bk-12569-MH**

DATE: 3/11/2024

DEB1 SSN XXX-XX-1946
DEB2 SSN XXX-XX-8240

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET & LEE, LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | CLAIM: **$36,113.00**<br>SCHEDULED: $33,479.00<br><br>DATE FILED: 12/29/2023<br>TRUSTEE CLAIM#: 2 | UNSECURED<br><br>ACCT: **3009**<br>COMM:<br>COURT CLAIM#: 5 |
| AMERICAN EXPRESS NATIONAL BANK<br>C/O ZWICKER & ASSOCIATES, P.C.<br>PO BOX 9043<br>ANDOVER, MA  01810-1041 | CLAIM: **$75,432.47**<br>SCHEDULED: $75,325.00<br><br>DATE FILED: 12/18/2023<br>TRUSTEE CLAIM#: 3 | UNSECURED<br><br>ACCT: **1002**<br>COMM:<br>COURT CLAIM#: 4 |
| Bank of America<br>Po Box 15284<br>Wilmington, DE  19850-5284 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 4 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Bank of America<br>PO Box 31785<br>Tampa, FL  33631-3785 | CLAIM: **$0.00**<br>SCHEDULED: $24,383.15<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 5 | UNSECURED<br>NOT FILED<br>ACCT: **2813**<br>COMM:<br>COURT CLAIM#: |

Case No. **8:23-bk-12569-MH**

| Creditor | Claim Info | Status |
|---|---|---|
| Chuck Bischoff<br>11116 Thames Ct.<br>Riverside, CA  92503 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 6 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| CITIBANK, N.A.<br>6716 GRADE LANE BLDG 9<br>SUITE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | CLAIM: **$7,956.39**<br>SCHEDULED: $7,572.00<br><br>DATE FILED: 01/30/2024<br>TRUSTEE CLAIM#: 7 | UNSECURED<br><br>ACCT: **8004**<br>COMM:<br>COURT CLAIM#: 9 |
| CITIBANK, N.A.<br>6716 GRADE LANE BLDG 9<br>SUITE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | CLAIM: **$87,236.69**<br>SCHEDULED: $7,572.00<br><br>DATE FILED: 01/30/2024<br>TRUSTEE CLAIM#: 8 | UNSECURED<br><br>ACCT: **0733**<br>COMM:<br>COURT CLAIM#: 10 |
| DISCOVER PERSONAL LOANS<br>PO BOX 6105<br>CAROL STREAM, IL  60197-6105 | CLAIM: **$39,157.80**<br>SCHEDULED: $38,853.00<br><br>DATE FILED: 12/12/2023<br>TRUSTEE CLAIM#: 9 | UNSECURED<br><br>ACCT: **6861**<br>COMM:<br>COURT CLAIM#: 1 |
| Elizabeth Grace Chapel<br>1722 Del Mar Ave<br>Laguna Beach, CA  92651-3812 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 10 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| FMC Financial Benefits Group LLC<br>668 N Coast Hwy Pmb 418<br>Laguna Beach, CA  92651-1513 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 11 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Specialized Loan Servicing, LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, CO  80111 | CLAIM: **$182,757.79**<br>SCHEDULED: $182,370.00<br><br>DATE FILED: 02/01/2024<br>TRUSTEE CLAIM#: 12 | SECURED<br>PAID OUTSIDE<br>ACCT: **9417**<br>COMM: DP: 2ND TD: 1722 DEL MAR<br>COURT CLAIM#: 11 |
| Figure Lending LLC<br>PO Box 40534<br>Reno, NV  89504 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 13 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Final Touch Roofing<br>16466 Foothill Blvd<br>Fontana, CA  92335-3367 | CLAIM: **$9,082.00**<br>SCHEDULED: $0.00<br><br>DATE FILED: 02/14/2024<br>TRUSTEE CLAIM#: 14 | UNSECURED<br><br>ACCT:<br>COMM:<br>COURT CLAIM#: 14 |

Case No. **8:23-bk-12569-MH**

| Creditor | Claim Info | Status/Details |
|---|---|---|
| HomeStreet Bank<br>601 Union Street, Suite 2000<br>Seattle, WA 98101 | CLAIM: **$957,014.85**<br>SCHEDULED: $0.00<br>DATE FILED: 02/09/2024<br>TRUSTEE CLAIM#: 15 | UNSECURED<br><br>ACCT:<br>COMM: JUDGEMENT<br>COURT CLAIM#: 13 |
| Navy Federal Credit Union<br>PO Box 3302<br>Merrifield, VA 22119 | CLAIM: **$524.28**<br>SCHEDULED: $1,022,024.15<br>DATE FILED: 01/10/2024<br>TRUSTEE CLAIM#: 16 | MORTGAGE ARREARS<br><br>ACCT: **5486**<br>COMM: ARRS NO PROV DP. 1ST TD:<br>COURT CLAIM#: 6 |
| Navy Fcu<br>Po Box 3000<br>Merrifield, VA 22119 | CLAIM: **$30,401.96**<br>SCHEDULED: $32,238.00<br>DATE FILED: 12/15/2023<br>TRUSTEE CLAIM#: 17 | SECURED<br>PAID OUTSIDE<br>ACCT: **2346**<br>COMM: DP. 2023 TESLA 3<br>COURT CLAIM#: 3 |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119 | CLAIM: **$13,874.78**<br>SCHEDULED: $13,884.80<br>DATE FILED: 12/15/2023<br>TRUSTEE CLAIM#: 18 | UNSECURED<br><br>ACCT: **6303**<br>COMM:<br>COURT CLAIM#: 2 |
| Pagter and Perry Isaacson<br>1851 East First Street Suite 700<br>Santa Ana, CA 92705 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 19 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| SOFI BANK, NATIONAL ASSOCIATION<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | CLAIM: **$47,089.57**<br>SCHEDULED: $48,864.00<br>DATE FILED: 01/18/2024<br>TRUSTEE CLAIM#: 20 | UNSECURED<br><br>ACCT: **0700**<br>COMM:<br>COURT CLAIM#: 7 |
| Solar Going Up<br>c/o John Cranny<br>22980 Lassen Dr<br>Canyon Lake, CA 92587-7941 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 21 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| U.S. Small Business Administration<br>409 3rd St. SW<br>Washington, DC 20416 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 22 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| U.S. Small Business Administration<br>Office of General Counsel<br>312 N Spring St 5th Floor<br>Los Angeles, CA 90012-4701 | CLAIM: **$0.00**<br>SCHEDULED: $557,637.45<br>DATE FILED:<br>TRUSTEE CLAIM#: 23 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM: SBA LOAN<br>COURT CLAIM#: |

Case No. **8:23-bk-12569-MH**

| Creditor | Claim Info | Status |
|---|---|---|
| U.S. Trustee Santa Ana Division<br>411 W 4th St Ste 7160<br>Santa Ana, CA  92701-4500 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 24 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| U.S Bank National Association<br>Payment Processing<br>3751 Airpark Mail Code<br>CN-KY-APDC<br>Owensboro, KY  42301 | CLAIM: **$34,601.64**<br>SCHEDULED: $40,316.00<br><br>DATE FILED: 02/09/2024<br>TRUSTEE CLAIM#: 25 | SECURED<br>PAID OUTSIDE<br>ACCT: **0260**<br>COMM: DP: 2021 TESLA Y<br>COURT CLAIM#: 12 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 26 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA  92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 27 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| James Fredric Chapel Jr<br>1722 Del Mar Ave<br>Laguna Beach, CA  92651-3812 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 28 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Misty A Perry Isaacson<br>Pagter and Perry Isaacson, APLC<br>1851 E First St Ste 700<br>Santa Ana, CA  92705 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 29 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| SANTANDER BANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | CLAIM: **$2,404.72**<br>SCHEDULED: $2,345.00<br><br>DATE FILED: 01/18/2024<br>TRUSTEE CLAIM#: 30 | UNSECURED<br><br>ACCT: **8181**<br>COMM:<br>COURT CLAIM#: 8 |
| American Express<br>C/O Zwicker & Associates, PC<br>80 Minuteman Rd<br>Andover, MA  01810-1008 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 31 | NOTICE ONLY<br><br>ACCT:<br>COMM:<br>COURT CLAIM#: |

Case No. **8:23-bk-12569-MH**

| | |
|---|---|
| In re:<br>James Fredric Chapel, Jr<br>1722 Del Mar Ave<br>Laguna Beach, CA 92651-3812         Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:23-bk-12569-MH |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF INTENT TO PAY CLAIMS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/11/2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  Misty A Perry Isaacson                    MISTY@PPILAWYERS.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/11/2024 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

| | |
|---|---|
| James Fredric Chapel, Jr<br>1722 Del Mar Ave<br>Laguna Beach, CA 92651-3812 | Elizabeth Grace Chapel<br>1722 Del Mar Ave<br>Laguna Beach, CA 00000 |

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/11/2024 | REYNA PATRICK | /s/ REYNA PATRICK |
|---|---|---|
| Date | Type Name | REYNA PATRICK |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE