Amrane Cohen, Trustee
Orange City Square
770 The City Dr. South, #3700
Orange, CA  92868

Case#: 8:23-bk-12569-MH

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from April 01, 2024 to September 30, 2024
**Chapter 13 Case #: 8:23-bk-12569-MH**

Re:  James Fredric Chapel, Jr
    Elizabeth Grace Chapel
    1722 Del Mar Ave
    Laguna Beach,  CA  92651-3812

Attorney:   Misty A Perry Isaacson
    Pagter and Perry Isaacson, APLC
    1851 E First St Ste 700
    Santa Ana,  CA  92705

This case percentage to unsecured creditors is <u>8.06 %</u>

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| May-24 | 9750252000 | $1,961.31 | Jun-24 | 9795743000 | $1,961.31 | Jul-24 | 9851014000 | $1,961.31 |
| Aug-24 | 9892530000 | $1,961.31 | Sep-24 | 9946390000 | $1,961.31 | | | |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| CLAIMANT NAME | | ACCOUNT # | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance | |
| **American Express** | | | | | | | | | |
| 31 | | | NOT FILED | | | | | | |
| **AMERICAN EXPRESS NATIONAL BANK** | | 3009 | | | | | | | |
| 2 | 5 | Unsecured | | 36,113.00 | 8.06% | 5.44 | 0.00 | 2,905.27 | |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| August 09, 2024 | 8000298 | CR | $5.44 | | | | |

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 3 | 4 | Unsecured | | 75,432.47 | 8.06% | 11.37 | 0.00 | 6,068.49 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| August 09, 2024 | 6245287 | CR | $11.37 |

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| **Amrane (SA) Cohen (TR)** | | | | | | | | |
| 27 | | | NOT FILED | | | | | |
| **Bank of America** | | | | | | | | |
| 4 | | | NOT FILED | | | | | |
| 5 | | | NOT FILED | | | | | |
| **Chuck Bischoff** | | | | | | | | |
| 6 | | | NOT FILED | | | | | |
| **CITIBANK, N.A.** | | 8004 | | | | | | |
| 7 | 9 | Unsecured | | 7,956.39 | 8.06% | 0.00 | 0.00 | 641.29 |
| 8 | 10 | Unsecured | | 87,236.69 | 8.06% | 13.15 | 0.00 | 7,018.13 |

| CLAIMANT NAME | | ACCOUNT # | | | | | | | Case#: 8:23-bk-12569-MH | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance | |

| Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|---|
| August 09, 2024 | 6245356 | CR | $13.15 | | | | | |

**DISCOVER PERSONAL LOANS** — 6861

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 9 | 1 | Unsecured | | 39,157.80 | 8.06% | 5.90 | 0.00 | 3,150.22 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| August 09, 2024 | 6245387 | CR | $5.90 |

**Elizabeth Grace Chapel**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 10 | | | NOT FILED | | | | | |

**Figure Lending LLC**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 13 | | | NOT FILED | | | | | |

**Final Touch Roofing**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 14 | 14 | Unsecured | | 9,082.00 | 8.06% | 0.00 | 0.00 | 732.01 |

**FMC Financial Benefits Group LLC**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 11 | | | NOT FILED | | | | | |

**HomeStreet Bank**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 15 | 13 | Unsecured | | 957,014.85 | 8.06% | 144.27 | 0.00 | 76,991.13 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| August 09, 2024 | 6245428 | CR | $144.27 |

**James Fredric Chapel Jr**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 28 | | | NOT FILED | | | | | |

**LVNV Funding, LLC** — 4910

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 20 | 7 | Unsecured | | 47,089.57 | 8.06% | 7.10 | 0.00 | 3,788.32 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| August 09, 2024 | 6245484 | CR | $7.10 |

**Misty A Perry Isaacson**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | | Admin | | 13,196.39 | 100.00% | 13,196.39 | 0.00 | 0.00 |

| Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|---|
| June 10, 2024 | 6244585 | ATTF | $11,864.37 | | July 12, 2024 | 6245065 | ATTF | $1,332.02 |

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 29 | | | NOT FILED | | | | | |

**Navy Fcu** — 2346

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 17 | 3 | | PAY DIRECT | | | | | |

**Navy Federal Credit Union** — 5486

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 16 | 6 | Secured | | 524.28 | 100.00% | 524.28 | 0.00 | 0.00 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| April 05, 2024 | 6243677 | CR | $524.28 |

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 18 | 2 | Unsecured | | 13,874.78 | 8.06% | 0.00 | 0.00 | 1,118.31 |
| 32 | 6 | Secured | | | 100.00% | 950.00 | 0.00 | 0.00 |

| Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|---|
| August 09, 2024 | 6245519 | CR | $516.84 | | July 12, 2024 | 6245082 | CR | $433.16 |

**Pagter and Perry Isaacson**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 19 | | | NOT FILED | | | | | |

**Santa Ana Division**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | | | NOT FILED | | | | | |

| Claim# | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT NAME | | ACCOUNT # | | | | | | Case#: 8:23-bk-12569-MH | |

| Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|---|

**SANTANDER BANK** — 8181

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 30 | 8 | Unsecured | | 2,404.72 | 8.06% | 0.00 | 0.00 | 193.82 |

**Solar Going Up**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 21 | | | | NOT FILED | | | | |

**Specialized Loan Servicing, LLC** — 9417

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 12 | 11 | | | PAY DIRECT | | | | |
| 33 | 11 | Secured | | | 100.00% | 950.00 | 0.00 | 0.00 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| August 09, 2024 | 6245616 | CR | $950.00 |

**U.S Bank National Association** — 0260

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 25 | 12 | | | PAY DIRECT | | | | |

**U.S. Small Business Administration**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 22 | | | | NOT FILED | | | | |

**U.S. Trustee Santa Ana Division**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 24 | | | | NOT FILED | | | | |

**United States Trustee (SA)**

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 26 | | | | NOT FILED | | | | |

**US SMALL BUSINESS ADMINISTRATION** — 5006

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 23 | 15 | Unsecured | | 703,697.01 | 8.06% | 106.08 | 0.00 | 56,611.90 |

| Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|
| August 09, 2024 | 6245662 | CR | $106.08 |

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 09/30/2024

Receipts: $19,649.10  Plan Base: * $117,678.60  Base Balance: ** $98,029.50  Balance On Hand: $1,770.21

Paid to Creditors: $2,717.59  Attorney Fees: $13,196.39  Debtor Refund:  $0.00   Trustee Fees: $1,964.91

---

  **NOTE:**  Checks issued by this office are highlighted in grey.
 **\* NOTE:**  The Debtor(s)must pay the greater of the principal balance or the base balance to qualify for a discharge. To obtain a plan balance
               contact the office at 714-621-0200 or connect to www.ndc.org.

 **\*\* NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay
               into the case to qualify for a discharge.

    You must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in
 dismissal of your case or a challenge to your discharge. Tax refunds received by Debtor(s) who are not paying 100% to unsecured creditors are
 usually pledged to the plan. Any net refund you are entitled to less $500 per year must be turned over to the Trustee.

     You can make your plan payment electronically as described below:

### ePay for the Office of Amrane Cohen, Chapter 13 Trustee

ePay is an on-line system that allows you to tender your payments to the trustee on-line.  You will benefit from using this system because:

    The cost of the system may be less than the cost of purchasing cashier's checks or money order.

        You can schedule when you make your payments - however you are still responsible for making your payments prior to the due date.

        You will get e-mail confirmation that your payment has been tendered.

        If there is any problem getting the funds from your bank account you will get notification the next day.

        Payments will usually be posted to your case within two business days.

        You can tender any tax refunds pledged to the plan through this system.

You must register an account to take advantage of this system.  Registering is free and simple.  It can be done on-line at your convenience.  You
may access the ePay system by visiting our web site: ch13ac.com and clicking on the ePay selection on the first page of the site.

You will be required to enter a transaction ID.  In your case, your transaction ID is **2312569** followed by the last 4 digits of the social security
number of person listed first in this report (if you have a joint case).

There is a fee charged by our bank for this service and that fee is charged to you directly by the bank.  The fee is $2.00 per payment.

We hope you will decide to use this system to tender all your payments to the office.

**A private service which provides similar functions can be found at www.TFSbillpay.com**
**Fees are listed on the site, and range from $0.99 to $7.99**