**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**
**email: efile@ch13ac.com**

### UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br>    JAMES FREDRIC CHAPEL, JR<br>    ELIZABETH GRACE CHAPEL<br><br>                       Debtor(s). | Chapter 13<br>Case No.:  8:23-bk-12569-MH<br><br>**NOTICE OF PLAN INFEASIBILITY** |

TO DEBTOR(S) AND DEBTOR(S) COUNSEL:

PLEASE TAKE NOTICE that a periodic review of the case by the Chapter 13 Trustee shows that the plan is not feasible. The current projected stream of plan payments will not result in the plan completing by the plan length as confirmed or modified.  If the plan infeasibility is not resolved, it is possible that the bankruptcy case could be dismissed or that the Debtor(s) may not qualify for a discharge even if all plan payments are tendered.

Dated on: <u>March 20, 2025</u>, at Orange, California.

/s/ Amrane Cohen
Amrane Cohen, Chapter 13 Trustee

| In re:<br>James Fredric Chapel, Jr<br>1722 Del Mar Ave<br>Laguna Beach, CA 92651-3812 | **CHAPTER 13**<br><br>Debtor(s).    Case No.:8:23-bk-12569-MH |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

A true and correct copy of the foreground document entitled: NOTICE OF PLAN INFEASIBILITY. Will be server or was served (**a**) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (**b**) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) -** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/20/2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addressed stated below:

Misty A Perry Isaacson                                    MISTY@PPILAWYERS.COM
☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On 03/20/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

James Fredric Chapel, Jr
1722 Del Mar Ave
Laguna Beach, CA 92651-3812

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT EMAIL FACSIMILE TRANSMISSION OR MAIL**
(State method for each person or entity served): Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/2025 | CHRIS WILLISON | /s/CHRIS WILLISON |
|---|---|---|
| Date | Type Name | CHRIS WILLISON |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

AMRANE COHEN
CHAPTER 13 TRUSTEE
Orange City Square
770 The City Dr. South, #3700
Orange, CA  92868
Tel: (714) 621-0200
email: efile@ch13ac.com

**UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| IN RE:<br>    JAMES FREDRIC CHAPEL, JR<br>    ELIZABETH GRACE CHAPEL<br><br>            Debtor(s). | Chapter 13<br>Case No.:  8:23-bk-12569-MH<br><br>**NOTICE OF PLAN INFEASIBILITY** |

TO DEBTOR(S) AND DEBTOR(S) COUNSEL:

PLEASE TAKE NOTICE that a periodic review of the case by the Chapter 13 Trustee shows that the plan is not feasible. The current projected stream of plan payments will not result in the plan completing by the plan length as confirmed or modified.  If the plan infeasibility is not resolved, it is possible that the bankruptcy case could be dismissed or that the Debtor(s) may not qualify for a discharge even if all plan payments are tendered.

Dated on: <u>March 20, 2025</u>, at Orange, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Amrane Cohen
　　　　　　　　　　　　　　　　　　　　　　Amrane Cohen, Chapter 13 Trustee

| | | |
|---|---|---|
| **In re:**<br>James Fredric Chapel, Jr<br>1722 Del Mar Ave<br>Laguna Beach, CA 92651-3812 | **CHAPTER 13**<br><br>Debtor(s). | **Case No.:** 8:23-bk-12569-MH |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

A true and correct copy of the foreground document entitled: NOTICE OF PLAN INFEASIBILITY. Will be server or was served (**a**) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (**b**) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) -** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/20/2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addressed stated below:

Misty A Perry Isaacson                    MISTY@PPILAWYERS.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On 03/20/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

James Fredric Chapel, Jr
1722 Del Mar Ave
Laguna Beach, CA 92651-3812

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT EMAIL FACSIMILE TRANSMISSION OR MAIL**
(State method for each person or entity served): Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/2025 | CHRIS WILLISON | /s/CHRIS WILLISON |
|---|---|---|
| Date | Type Name | CHRIS WILLISON |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 F 9013-3.1.PROOF.SERVICE

☐ Service information continued on attached page
☐ Service information continued on attached page